UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LARRY GENE HEGGEM,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREA MATHERN,<br><br>    Defendant. | CASE NO. C07-1012-MJP-MAT<br><br>ORDER DENYING PLAINTIFF'S<br>MOTION FOR RECONSIDERATION |

This matter comes before the Court on plaintiff's motion for reconsideration of the Court's Order dismissing defendants and the Court's Order denying plaintiff's motion for appointment of counsel. The Court, having reviewed plaintiff's motion, and the balance of the record, does hereby find and ORDER as follows:

(1) Plaintiff's motion for reconsideration (Dkt. No. 28) is DENIED. Plaintiff, by way of the instant motion, seeks reconsideration of the Court's February 15, 2008, Order dismissing four defendants and directing service on the remaining defendant. (Dkt. No. 25.) Plaintiff also seeks reconsideration of the Court's February 12, 2008, Order denying his motion for appointment of counsel. (Dkt. No. 24.)

01    Motions for reconsideration are disfavored and will be granted only in limited
02 circumstances. The Court will ordinarily deny motions for reconsideration "in the absence of a
03 showing of manifest error in the prior ruling or a showing of new facts or legal authority which
04 could not have been brought to its attention earlier with reasonable diligence." Local Rule CR
05 7(h)(1). Plaintiff offers nothing by way of evidence or argument to demonstrate that the Court's
06 prior rulings were erroneous. Plaintiff did not adequately allege any cause of action against the
07 four dismissed defendants in his second amended complaint, and none of the arguments set forth
08 by plaintiff in his motion for reconsideration in any way bolster his claims against the dismissed
09 defendants.[1] With respect to his request for counsel, plaintiff has yet to establish that he meets the
10 criteria for appointment of counsel. The Court's prior rulings will therefore stand.

11    (2)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for
12 defendant, and to the Hon. Marsha J. Pechman.

13    DATED this 18th day of April, 2008.

```
                                              _____
                                              Mary Alice Theiler
                                              United States Magistrate Judge
```

---

[1] The Court notes that this denial of plaintiff's motion for reconsideration does not preclude him from seeking leave of court to amend his complaint, at a later date, if he believes he has sufficient facts to sustain a cause of action against the defendants who have been dismissed. To date, however, plaintiff has presented no such facts.

ORDER DENYING PLAINTIFF'S
MOTION FOR RECONSIDERATION
PAGE -2