01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  LARRY GENE HEGGEM,                    )    CASE NO. C07-1012-MJP-MAT
                                          )
09          Plaintiff,                    )
                                          )
10      v.                                )    ORDER RE: PLAINTIFF'S PENDING
                                          )    MOTIONS AND REQUESTS
11  ANDREA MATHERN,                       )
                                          )
12          Defendant.                    )
    _____      )
13

14          This is a civil rights action brought pursuant to 42 U.S.C. § 1983.  Currently pending

15  before the Court are plaintiff's motions for an extension of the discovery and dispositive motion

16  filing deadlines previously established by the Court and for leave to serve an additional 25

17  interrogatories.  Also pending before the Court are plaintiff's requests for copies and for defendant

18  to schedule a telephonic conference.  The Court, having reviewed plaintiff's pending motions and

19  requests, does hereby find and ORDER as follows:

20          (1)     Plaintiff's motions for an extension of the discovery and dispositive motion

21  deadlines and for leave to serve an additional 25 interrogatories (Dkt. Nos. 46 and 64) are

22  GRANTED in part and DENIED in part.

ORDER RE: PLAINTIFF'S
PENDING MOTIONS AND REQUESTS
PAGE -1

01      Plaintiff seeks a three month extension of the discovery and dispositive motion filing

02  deadlines in this case.  In support of this request, plaintiff cites to difficulties associated with

03  litigating this case *pro se* and to the fact that he is currently housed in segregation and has limited

04  access to law books.  Defendant does not oppose plaintiff's request for an extension of time.  The

05  Court is satisfied that the requested extension is appropriate.  Accordingly, the discovery deadline

06  is extended to ***October 6, 2008***.  The dispositive motion filing deadline is extended to ***November***

07  ***6, 2008***.  The joint pretrial statement deadline is STRICKEN and will be re-set, if necessary, at

08  a later date.

09      Plaintiff also seeks leave to serve an additional 25 interrogatories on defendant.  Defendant

10  Mathern opposes this request.  Defendant notes that plaintiff has already served 23 interrogatories

11  and that he provides no reason why the interrogatories already served are insufficient or why 25

12  additional interrogatories are necessary.  Plaintiff, in his most recent submission (Dkt. No. 64),

13  explains that he has several more questions for defendant arising out of new evidence and

14  information he has received.  Plaintiff fails, however, to specify what the new evidence or

15  information is or to explain why these new discoveries necessitate effectively doubling the number

16  of interrogatories provided for in the Federal Rules of Civil Procedure.  The Court is not satisfied

17  that the additional interrogatories are warranted.  Accordingly, that portion of plaintiff's pending

18  motions is denied.

19      (2)      Plaintiff has submitted two recent letters to the Court requesting that he be

20  provided copies of all complaints and all evidence submitted to the Court in this action and in

21  cause number C08-328-RSL-JPD.  Plaintiff is advised that although he has been granted leave to

22  proceed with this action *in forma pauperis* ("IFP"), his IFP status does not entitle him to copies

01  of documents at Court expense.  Documents submitted to the Court for filing become the property

02  of the Court and it is plaintiff's responsibility to keep copies of all such submissions for his own

03  records.  Accordingly, plaintiff's requests for copies (Dkt. Nos. 57 and 62) are DENIED.

04          (3)      Plaintiff has submitted to the Court a request for defendant to schedule a telephone

05  conference with him through his prison counselor.  (Dkt. No. 63.)  This document does not

06  request any action be taken by the Court and is therefore STRICKEN from the Court's calendar.

07          (4)      The Clerk is directed to send copies of this Order to plaintiff, to counsel for

08  defendant, and to the Hon. Marsha J. Pechman.

09          DATED this 8th day of July, 2008.

11                                                      Mary Alice Theiler
                                                        United States Magistrate Judge

ORDER RE: PLAINTIFF'S
PENDING MOTIONS AND REQUESTS
PAGE -3