01

02

03

04

05

06 UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
07 AT SEATTLE

08 LARRY GENE HEGGEM,                         )    CASE NO. C07-1012-MJP-MAT
                                             )
09        Plaintiff,                         )
                                             )
10   v.                                      )    ORDER DENYING PLAINTIFF'S
                                             )    MOTIONS TO AMEND COMPLAINT
11 ANDREA MATHERN,                           )
                                             )
12        Defendant.                         )
   _____ )

13

14        This is a civil rights action brought pursuant to 42 U.S.C. § 1983.   Currently pending

15 before the Court are plaintiff's two motions to amend his complaint.   The Court, having

16 reviewed plaintiff's motions, and the balance of the record, does hereby ORDER as follows:

17        (1)     Plaintiff's motions to amend his complaint (Dkt. Nos. 72 and 77) are DENIED.

18 Plaintiff, by way of the instant motions, seeks leave to add parties to this action and, apparently,

19 to change the relief previously requested.   However, plaintiff has not submitted a proposed

20 amended complaint in conjunction with either of his motions.   A motion to amend must be

21 accompanied by a proposed amended complaint before it will be considered by the Court.

22        If plaintiff wishes to pursue amendment of his complaint, he may file a new motion to

ORDER DENYING PLAINTIFF'S
MOTIONS TO AMEND COMPLAINT
PAGE -1

01 amend and submit it in conjunction with that motion a proposed amended complaint which

02 clearly identifies each of the intended defendants, the federal constitutional right(s) allegedly

03 violated by the conduct of each defendant, the facts which he believes support each alleged

04 constitutional violation, and the relief being requested.

05       (2)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for

06 defendant, and the Hon. Marsha J. Pechman.

07       DATED this 29th day of April, 2009.

08

09                                 s/ Mary Alice Theiler
                                United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER DENYING PLAINTIFF'S
MOTIONS TO AMEND COMPLAINT
PAGE -2