UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LARRY GENE HEGGEM, | ) | CASE NO. C07-1012-MJP-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING DEFENDANT'S |
| | ) | MOTION FOR EXTENSION OF TIME |
| ANDREA MATHERN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This is a civil rights action brought pursuant to 42 U.S.C. § 1983. This matter comes before the Court at the present time on defendant's motion for an order extending the dispositive motion filing deadline from May 4, 2009, to May 18, 2009. The Court, having reviewed defendant's motion, and the balance of the record, does hereby ORDER as follows:

(1) Defendant's motion for an extension of the dispositive motion filing deadline (Dkt. 80) is GRANTED. The Court received defendant's summary judgment motion on May 18, 2009. The motion has been filed and is noted on the Court's calendar for consideration on June 12, 2009.

(2) The Clerk is directed to send copies of this Order to plaintiff, to counsel for

defendant, and to the Honorable Marsha J. Pechman.

DATED this 11th day of June, 2009.

s/ Mary Alice Theiler<br>United States Magistrate Judge