UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| LARRY GENE HEGGEM, | ) | CASE NO. C07-1012-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING DEFENDANT'S |
| | ) | MOTION FOR SUMMARY |
| ANDREA MATHERN, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court, having reviewed plaintiff's second amended civil rights complaint (Dkt. No. 21), defendant's motion for summary judgment (Dkt. No. 81), plaintiff's response (Dkt. No. 82), the Report and Recommendation (Dkt. No. 85) of Judge Mary Alice Theiler, United States Magistrate Judge, Plaintiff's Objections (Dkt. No. 86) and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) In his objections, Plaintiff focuses on his final claim: that Defendant actively prevented his temporary release from custody to visit his dying mother. (Dkt. No. 86.) Plaintiff has not pointed to any specific actions taken by Defendant that violated his First or

Eight Amendment rights. The Court further agrees with Magistrate Judge Theiler's conclusion that the facts presented do not "establish that defendant acted in an arbitrary or abusive manner." (Dkt. No. 85 at 13.) Summary judgment is appropriate.

    (3)    Defendant's motion for summary judgment (Dkt. 81) is GRANTED;

    (4)    Plaintiff's second amended complaint (Dkt. 21), and this action, are DISMISSED with prejudice; and

    (5)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable Mary Alice Theiler.

DATED this 30th day of October, 2009.

Marsha J. Pechman
United States District Judge